# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

THE UNION CENTRAL LIFE
INSURANCE COMPANY,

        Plaintiff

    v.                         C-1-11-75

JOHN EFTIN ANDRAOS,

        Defendants


This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 20). The Magistrate Judge recommends that defendant's Motion to Dismiss (doc. no. 9) be denied without prejudice.

Upon a *de novo* review of the record, and with no objection filed of record by the parties, the Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Magistrate Judge.

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (doc. no. 20). Defendant's motion to dismiss (doc. 9) is **DENIED** without prejudice.

This matter is **RECOMMITTED** to the United States Magistrate Judge for further proceedings according to law.

**IT IS SO ORDERED.**

**Herman J. Weber, Senior Judge**

**United States District Court**